UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62268-CIV-COHN/SELTZER

McKENZIE DiNOME

    Plaintiff,
v.

CHG HEALTHCARE SERVICES, INC.,
a Utah corporation,

    Defendant.
_____/

## STATEMENT OF CLAIM

## AND WAGES OWED IN FLSA CASE

The Plaintiff, McKENZIE DINOME, by and through her undersigned counsel, files this Statement of Claim in response to the Court's Order (D.E. 4) and states as follows:

1. The Plaintiff was misclassified as an "exempt" employee and was not paid for overtime she earned while employed by the Defendant. The Plaintiff is seeking three (3) years of overtime. Based on the date of her termination from employment, the three (3) year calculation covers all, or a portion, of the years 2008, 2009, 2010 and 2011.

2. For regular wages and compensation each week, she was paid the equivalent of $673.08 in the year 2008; $1,250.00 in the year 2009; $1,653.84 in the year 2010 and $1,461.54 in the year 2011. Plaintiff worked approximately forty five (45) hours per week. The Plaintiff does not, at this time, possess any time, computer or other business or payroll records. All such records are in the possession of the Defendant. Therefore, she is unable

   to calculate the precise amount owed and reserves the right to amend this Statement of Claim as discovery progresses or pursuant to changes in the law affecting the calculations.

3. **For 2008** using a weekly rate of $673.08, divided by 40 hours per week, yields an equivalent hourly wage of $16.83. Plaintiff's "half time" rate was, therefore, $8.41. For 5 hours of overtime, Plaintiff would be owed $42.05 per week ($8.41 x 5 = $42.05).

4. For 2008, over the course of 52 weeks, Plaintiff would be owed $ $2,186.60. With liquidated damages, pursuant to 29 USC §216(b), she is owed approximately $4,373.20 ($2,186.60 x 2 = $4,373.20), exclusive of attorney's fees and costs incurred to date.

5. **For 2009** using a $1,250 weekly rate, divided by 40 hours per week, yields an equivalent hourly wage of $31.25. Plaintiff's "half-time" rate was, therefore, $15.63. For 5 hours of overtime, Plaintiff would be owed $78.15 per week ($15.63 x 5 = $78.15).

6. For 2009, over the course of 52 weeks, Plaintiff would be owed $ 4,063.90. With liquidated damages, pursuant to 29 USC §216(b), she is owed approximately $8,127.60 ($4,063.90 x 2 = $8,127.60), exclusive of attorney's fees and costs incurred to date.

7. **For 2010** using a $1,653.84 weekly rate, divided by 40 hours per week, yields an equivalent hourly wage of $41.35. Plaintiff's "half-time" rate was, therefore, $20.67. For 5 hours of overtime, Plaintiff would be owed $103.37 per week ($20.67 x 5 = $103.37).

8. For 2010, over the course of 52 weeks, Plaintiff would be owed $ 5,375.24. With liquidated damages, pursuant to 29 USC §216(b), she is owed approximately $10,750.48 ($5,375.24 x 2 = $10,750.48), exclusive of attorney's fees and costs incurred to date.

9. **For 2011** using a $1,461.54 weekly rate, divided by 40 hours per week, yields an equivalent hourly wage of $36.54. Plaintiff's "half-time" rate was, therefore, $18.27. For 5 hours of overtime, Plaintiff would be owed $91.35 per week ($18.27 x 5 = $91.35).

10. For 2011, over the course of approximately 32 weeks until released from employment, Plaintiff would be owed $ 2,923.08. With liquidated damages, pursuant to 29 USC §216(b), she is owed approximately $5,846.16 ($2,923.08 x 2 = $5,846.18), exclusive of attorney's fees and costs incurred to date.

          Respectfully submitted,

          FOX, WACKEEN, DUNGEY, BEARD,
          SOBEL, BUSH & McCLUSKEY, L.L.P.

          s/ Robert L. Kilbride
          ROBERT L. KILBRIDE
          Florida Bar No. 372412
          The Tower Building at Willoughby Commons
          3473 SE Willoughby Boulevard
          P.O. Drawer 6
          Stuart, Florida 34995-0006
          Telephone: (772) 287-4444
          Facsimile: (772) 220-1489
          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Donald Carlton Works, III, Jackson Lewis L.L.P, 390 N. Orange Ave. Suite 1285, Orlando, Florida 32801-1674, by e-mail.

          s/ Robert L. Kilbride
          ROBERT L. KILBRIDE